James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **Dallas Buyers Club, LLC**, | Case No.: 7:16-cv-01909 |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S FRCP 7.1 DISCLOSURE |
| **DOE-174.62.98.232** | |
| Defendant. | CivLR 3-15  NOTICE OF FINANCIAL INTEREST |

Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 3-15, plaintiff states they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED:  April 12, 2016.

Respectfully submitted,

JAMES S. DAVIS ATTORNEY AT LAW

/s/James S. Davis
James S. Davis CALBAR NO.207963
Jamesdee3080@msn.com
619-934-4600
Of attorneys for the plaintiff